IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**DOMINIQUE BULLOCKS**                                                                   **PLAINTIFF**

**VS.**                                 **CIVIL ACTION NO. 3:09cv686-DPJ-FKB**

**METRO IMPORTS, LLC, D/B/A METRO**
**MITSUBISHI, JIMMIE BATTLE D/B/A HINDS**
**BUREAU AND INVESTIGATIONS OF MISSISSIPPI,**
**JOHN DOE AND JOHN DOE ENTITIES**                      **DEFENDANTS**

**NATIONAL CASUALTY COMPANY**                 **DEFENDANT-GARNISHEE**

_____

**AGREED ORDER GRANTING NATIONAL
CASUALTY COMPANY'S MOTION FOR SUMMARY JUDGMENT
AND FOR DECLARATORY JUDGMENT**
_____

THIS MATTER comes before the Court on the Motion of Defendant-Garnishee National Casualty Company [Docket Entry No. 16] seeking summary judgment as to the claims asserted against it by Plaintiff Dominique Bullocks pursuant to Fed. R. Civ. P. 56, and a declaration pursuant to Fed. R. Civ. P. 57 and 28 U.S.C. § 2201 holding that the claims asserted by Bullocks in the underlying lawsuit styled *Dominique Bullocks v. Metro Imports LLC d/b/a Metro Mitsubishi, et al.*; In the Circuit Court of Holmes County, Mississippi; Cause No. 2007-240 are not covered by Insurance Policy Nos. PDO 0000278 and PDO 0000405 issued by National Casualty Company to Metro Imports, LLC. The Court, having considered the submissions of the parties, and being advised that the Plaintiff does not oppose the motion and there is no genuine dispute as to any material facts, finds the motion to be well-taken and that the relief requested should be GRANTED;

IT IS THEREFORE ORDERED by way of final judgment of the Court that:

(1) Plaintiff's claims asserted against National Casualty Company by way of her Writ of Garnishment in this action are hereby dismissed with prejudice;

(2) Insurance Policy Nos. PDO 0000278 and PDO 0000405 issued by National Casualty Company to Metro Imports, LLC do not provide insurance coverage to Metro Imports, LLC d/b/a Metro Mitsubishi or Jimmie Battle d/b/a Hinds Bureau and Investigations of Mississippi for the allegations asserted against them and reduced to final judgment in the lawsuit filed by Plaintiff Dominique Bullocks styled *Dominique Bullocks v. Metro Imports LLC d/b/a Metro Mitsubishi, et al.*; In the Circuit Court of Holmes County, Mississippi; Cause No. 2007-240; and

(3) each party shall bear its own costs.

**SO ORDERED AND ADJUDGED** this the 3[th] day of September, 2010.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

Agreed:

s/Alton E. Peterson
Alton E. Peterson (MSB# 99222)
Stamps & Stamps
P.O. Box 2916
Jackson, MS 39207-2916
Telephone: (601) 354-4747
aepeters@bellsouth.net
*Attorney for Plaintiff Dominique Bullocks*

s/Justin L. Matheny
Justin L. Matheny (MSB# 100754)
Phelps Dunbar LLP
P.O. Box 16114
Jackson, MS 39236-6114
Telephone: (601) 352-2300
mathenyj@phelps.com
*Attorney for Defendant National Casualty Company*